IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ADAM FULTON,** | ) CASE NO.: 5:21-cv-00832 |
| Plaintiff, | ) |
| | ) JUDGE JOHN R. ADAMS |
| v. | ) |
| **PARK AUTO SOUTH INC. d/b/a PARKWAY HONDA** | ) |
| | ) **JUDGMENT ENTRY** |
| Defendant. | ) |

Pursuant to the stipulation of the parties, this matter is hereby dismissed with prejudice, each party to bear its own costs.

**SO ORDERED:**

Date: 9/30/2021

/s/ John R. Adams
HONORABLE JUDGE JOHN R. ADAMS
United States District Court Judge